[No. 10275-7-II.   Division Two.   December 22, 1987.]

KENNETH BALDWIN, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00250-9, Robert L. Charette, J., entered July 1, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 8172-9-III.   Division Three.   December 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD C. GREGORY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86-1-50101-0, Albert J. Yencopal, J., entered October 14, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 19039-3-I.   Division One.   December 23, 1987.]

SUSAN BRENNEMAN, *Respondent,* v. DONALD A. BRENNEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-93529, John M. Darrah, J., entered August 7, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Pekelis, JJ.